IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICKSON KORLEWALA, et al.** : | | **CIVIL ACTION** |
| **Plaintiffs,** : | | |
| : | | |
| v. : | | No.   15-cv-6042 |
| : | | |
| **DETECTIVE SLOBODIAN, et al.,** : | | |
| **Defendants.** : | | |

# O R D E R

**AND NOW**, this ___15TH___ day of December, 2016, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 20), and Plaintiffs' Responses in Opposition (ECF Nos. 25, 26, 27), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

JUDGMENT IS ENTERED in favor of Defendant Detectives Slobodian, Campbell, Sweeney, Carey and Hunt and against Plaintiffs Vickson and Lorpu Korlewala.   This case is CLOSED.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE